Charles D. BRYANT, Jr., Petitioner–
Appellant,

v.

Ronald J. ANGELONE, Director;
David A. Garraghty, Warden,
Respondents–Appellees.

No. 01–6834.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 27, 2001.

Charles D. Bryant, Jr., pro se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, VA, for appellees.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Charles D. Bryant, Jr., seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001).\* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *Bryant v. Angelone,* No. CA–00–608–3 (E.D.Va. Apr. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

\* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (1994) and Fed.R.Civ.P. 73.